UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW L. WOODS,

    Plaintiff,

v.                                Case No:   2:16-cv-897-FtM-38MRM

RADIATION THERAPY SERVICES, INC.,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the Notice of Removal (Doc. #1) and Complaint (Doc. #2) filed on December 19, 2016.  A judge "shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Any doubt "must be resolved in favor of recusal."  28 U.S.C. § 455(a).  The purpose of § 455 is "to promote confidence in the judiciary by avoiding even the appearance of impropriety whenever possible."  *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988); *see also United States v. Cerceda*, 188 F.3d 1291, 1293 (11th Cir. 1999) (requiring recusal when the objective circumstances create an appearing of partiality).  Recusal is appropriate when "an objective, disinterested, lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality."  *Parker v. Connors Steel Co.*, 855 F.2d

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1510, 1524 (11th Cir. 1988). Any doubts must resolve in favor of the moving party. *See Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001).

Based on the foregoing and because of the undersigned's connection with other pending federal cases that involve Defendant Radiation Therapy Services, Inc. d/b/a 21st Century Oncology, the undersigned finds a conflict of interest and must recuse herself from this case.

Accordingly, it is now

**ORDERED:**

(1) The Honorable Sheri Polster Chappell is **RECUSED** from the above-captioned case.

(2) The Clerk of the Court is directed to **REASSIGN** the case to another United States District Judge.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of December, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record